**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-0019-REB-OES

SIRIUS INTERNATIONAL INSURANCE CORP.,
MARKEL INTERNATIONAL, f/k/a TERRA NOVA INSURANCE COMPANY, and
ST. PAUL REINSURANCE COMPANY, INC.,

     Plaintiffs,

v.

JOYERIA 0720, LLC, a Colorado limited liability,

     Defendant.

---

**MINUTE ORDER**

---

On January 20, 2006, Plaintiff filed a Brief in Support of Second Motion for Summary Judgment, (doc. 35), the brief is **STRICKEN** and the Plaintiff's Second Motion for Summary Judgment, (doc. 34) is **DENIED with prejudice**. Plaintiff has exceeded the twenty (20) page limit of REB Civ. Practice Standard V.H.3.a

---

    This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge.