**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00019-REB-OES

SIRIUS INTERNATIONAL INSURANCE CORP., et al.,

     Plaintiff,

v.

JOYERIA 0720, LLC, a Colorado limited liability company,

     Defendant.

_____

MINUTE ORDER[1]
_____

     Plaintiffs' Motion to Reconsider Minute Order Re Plaintiffs' Second Motion for Summary Judgment [#37], filed January 24, 2006, is GRANTED insofar that the order denying the second motion for summary judgment should have been without prejudice. If plaintiffs elect to refile their motion, their motion *and* brief must comply with the page limitations of REB Civ. Practice Standard V.H.3.a, which includes both motions and briefs in the page limitations regardless of how many motions a party elects to file.

Dated: January 25, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge.