# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 05-cv-00019-REB-OES

SIRIUS INTERNATIONAL INSURANCE CORP., et al.,

    Plaintiff,

v.

JOYERIA 0720, LLC, a Colorado limited liability company,

    Defendant.
_____

## ORDER OF DISMISSAL
_____

**Blackburn, J.**

On March 24, 2006, the parties filed a **Stipulation for Dismissal With Prejudice** [#53].  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation for Dismissal With Prejudice** [#53], filed on March 24, 2006, is **APPROVED**;

2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3.  That the Trial Preparation Conference set for May 5, 2006, is **VACATED**;

4.  That the trial to court set to commence May 22, 2006, is **VACATED**; and

5.  That any pending motion is **DENIED** as moot.

Dated March 24, 2006, at Denver, Colorado.

               **BY THE COURT:**

               **s/ Robert E. Blackburn**
               **Robert E. Blackburn**
               **United States District Judge**